1112

No. 81–2041. SPENCER, DBA J&M DESIGN CO., ET AL. *v.* AMERICAN CONSULTING ASSN., INC. App. Ct. Ill., 1st Dist. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 81–2097. MARISCAL, AS NEXT FRIEND OF MARISCAL *v.* JOHNSON, EXECUTOR. Ct. Civ. App. Tex., 13th Sup. Jud. Dist. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 81–5783. FRAZIER *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.

No. 81–6340. DAWSON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.